UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS FICK, ET AL.**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 13-6608** |
| **EXXON MOBIL CORPORATION,**<br>**ET AL.**<br>    **Defendants** | **SECTION "E"** |

## ORDER

Before the Court is a motion *in limine* filed by Plaintiffs and four motions *in limine* filed by Defendant Exxon Mobil Corporation.[1]

The parties filed these motions *in limine* on February 10, 2016, pursuant to the scheduling order in place at the time.[2] On February 29, 2016, the Court granted Plaintiffs' motion to continue and reset the trial for January 9, 2017.[3] The Court also reset all pretrial deadlines in this matter.[4] On April 25, 2016, Plaintiffs filed a fourth amended complaint naming four additional entities as defendants in this matter.[5] The deadline to file motions *in limine* other than those regarding the admissibility of expert testimony is now December 22, 2016.[6]

Accordingly;

**IT IS ORDERED** that the parties' motions *in limine* are **DENIED WITHOUT PREJUDICE** to the parties' right to re-urge their motions as trial approaches.[7]

---

[1] R. Doc. 126 (Plaintiff's motion *in limine*); R. Docs. 128, 129, 130, 131 (Defendant's motions *in limine*).
[2] *See* R. Doc. 63 at 2.
[3] R. Doc. 144.
[4] *See* R. Doc. 146.
[5] R. Doc. 149.
[6] R. Doc. 146 at 7.
[7] R. Docs. 126, 128, 129, 130, 131.

1

2

**New Orleans, Louisiana, this 28th day of June, 2016.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**